UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE JOSEPH JASON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 15-0607** |
| **JAMES LEBLANC, ET AL.** | **SECTION: "E"(5)** |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants' motion is granted and that Plaintiff's claims against the Defendants in their official capacity are dismissed without prejudice for want of jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's request for declaratory relief is dismissed as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 24th day of August, 2015.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**