UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLARENCE JOSEPH JASON**                **CIVIL ACTION**

**VERSUS**                                **NO. 15-607**

**JAMES LEBLANC, ET AL.**                 **SECTION "E" (5)**

## ORDER

Pursuant to the judgment of the Fifth Circuit Court of Appeals, mandated on October 1, 2019[1], granting qualified immunity to defendants Robert Tanner, Shane Ladner, and Bradley Pierce, this matter is hereby closed.

**New Orleans, Louisiana, this 13th day of April, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 113